FILED

09/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0390

RANDY LAEDEKE, DARLA PRENN,
for
THE ESTATE OF LILA M. LAEDEKE,

      Plaintiffs and Appellants,

                                                  SECOND
v.                          ORDER OF MEDIATOR APPOINTMENT

BILLINGS CLINIC, and John Doe
Defendants unknown at this time,

      Defendant and Appellee.

On May 31, 2021 Lisa Speare was appointed as Mediator under M.R.AppP., 7(4)(c). She has since declined the appointment. IT IS ORDERED THAT the appointment of Lisa Speare is hereby rescinded.

**Mary E. Duncan,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this September 9, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Randy S. Laedeke, David Patrick Whisenand, Lisa A. Speare, Mary E. Duncan